writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Ralph Mark, pro se.*

No. 176. CARROLL *v.* CARROLL ET AL. October 13, 1941. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis*, denied. *Catherine M. Carroll, pro se. Messrs. Archibald H. Vernon* and *Gilbert E. Harris* for respondents.

No. 178. SWEENEY *v.* STATE BOARD OF PUBLIC ASSIST-ANCE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Frank Sweeney, pro se.*

No. 189. CONRAD *v.* ASHE, WARDEN. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis*, denied. *Donald Conrad, pro se.*

No. 208. PIANEZZI *v.* CALIFORNIA; and
No. 209. PIANEZZI ET AL. *v.* CALIFORNIA. October 13, 1941. Petitions for writs of certiorari to the District Court of Appeal, 2d Appellate District, of California, and motions for leave to proceed further *in forma pauperis*, denied. *Peter Pianezzi* and *Martin E. McGowan, pro se.* Reported below: 42 Cal. App. 2d 270, 108 P. 2d 685.